UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IMANI ROWELL,<br><br>Plaintiff,<br><br>-v-<br><br>CITY OF NEW YORK et al.,<br><br>Defendants. | 23-cv-6545 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

The parties having informed the mediator that they reached a settlement on all issues in this case, this case is hereby dismissed. The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

New York, NY
August 14, 2026

JED S. RAKOFF, U.S.D.J.